# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-02850-REB

DENNIS G. RAY,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Reversing Disability Decision and Remanding to Commissioner** [#18] entered by Judge Robert E. Blackburn on March 3, 2014, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the conclusion of the Commissioner through the Administrative Law Judge that plaintiff was not disabled is **REVERSED**;

2.  That this case is **REMANDED** to the ALJ, who is directed to:

    a.  Perform a function-by-function analysis of plaintiff's limitations as described more fully herein;

    b.  Recontact any treating source, seek the testimony of medical experts, order consultative examinations, solicit further vocational expert testimony, or otherwise further develop the record as she deems necessary;

    c. Reassess plaintiff's residual functional capacity; and;

    d. Reassess the disability determination; and

  3. That plaintiff is **AWARDED** his costs, to be taxed by the clerk of the court pursuant to Fed. R. Civ. P. 54(d)(1), D.C.COLO.LCivR 54.1, and 28 U.S.C. § 2412(a)(1).

  DATED at Denver, Colorado, this 4th day of March, 2014.

          FOR THE COURT:

          Jeffrey P. Colwell, Clerk

          By: s/Kathleen Finney
            Kathleen Finney
            Deputy Clerk